```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 2:12-CR-080 GEB |
| v. | ) | ORDER UNSEALING CASE |
| HERMAN KEESE, et al., | ) | |
| Defendants. | ) | |

Upon application of the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced case be, and hereby is, UNSEALED.

DATED: March 7, 2012

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE