BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:12-CR-00080 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND |
| ) | ORDER TO EXCLUDE TIME |
| HERMAN KEESE, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The parties request that the status conference in this case be continued from May 25, 2012 to July 13, 2012 at 9:00 a.m. They stipulate that the time between May 25, 2012 and July 13, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the all defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, initial discovery has been provided to all defense counsel and more discovery, in the form of bank records, video and audio tapes and transcriptions is forthcoming in the coming weeks. All defense counsel need additional time to review the

discovery provided, discuss that discovery with the defendants, and to continue their investigation into the matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                                           Respectfully Submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

DATE: May 24, 2012          By:  /s/ Heiko P. Coppola
                                           HEIKO P. COPPOLA
                                           Assistant U.S. Attorney

DATE: May 24, 2012                 /s/ Victor Haltom
                                           VICTOR HALTOM
                                           Attorney for Defendant Herman Keese

                                           /s/ Peter Kmeto
                                           PETER KMETO
                                           Attorney for Defendant Deborah Barnes

                                           /s/ Chris Cosca
                                           CHRIS COSCA
                                           Attorney for Defendant Marcus Law

                                           /s/ Clemente Jimenez
                                           CLEMENTE JIMENEZ
                                           Attorney for Defendant James Bradley

                                           **SO ORDERED.**

Dated:  May 24, 2012

                                           GARLAND E. BURRELL, JR.
                                           United States District Judge