1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5
                IN THE UNITED STATES DISTRICT COURT
6
               FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8
   UNITED STATES OF AMERICA,   )   CASE NO. 2:12-CR-0080 GEB
9                              )
              Plaintiff,       )
10                             )
        v.                     )   STIPULATION AND [PROPOSED]
11                             )   ORDER TO EXCLUDE TIME
   HERMAN KEESE,et.al.         )
12                             )
                               )
13            Defendant.       )
   _____)
14

15
        The parties request that the status conference in this case
16
   be continued from July 13, 2012 to August 31, 2012 at 9:00 a.m.
17
   They stipulate that the time between July 13, 2012 and
18
   August 31, 2012 should be excluded from the calculation of time
19
   under the Speedy Trial Act.  The parties stipulate that the ends
20
   of justice are served by the Court excluding such time, so that
21
   counsel for the all defendants may have reasonable time necessary
22
   for effective preparation, taking into account the exercise of
23
   due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.
24
        Approximately 83 CD's containing audio, video and paper
25
   documents were provided by the government to all defense counsel
26
   on July 6, 2012.  All defense counsel need additional time to
27
   review the latest discovery provided, discuss that discovery with
28

                                   1

the defendants, and to continue their investigation into the matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                          Respectfully Submitted,

                          BENJAMIN B. WAGNER
                          United States Attorney

DATE: July 10, 2012     By:  /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney

DATE: July 10, 2012        /s/ Victor Haltom
                              VICTOR HALTOM
                              Attorney for Defendant Herman Keese

                              /s/ Peter Kmeto
                              PETER KMETO
                              Attorney for Defendant Deborah Barnes

                              /s/ Chris Cosca
                              CHRIS COSCA
                              Attorney for Defendant Marcus Law

                              /s/ Clemente Jimenez
                              CLEMENTE JIMENEZ
                              Attorney for Defendant James Bradley

                              **SO ORDERED.**

Dated:  July 10, 2012

                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge