BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff,        )<br>)<br>    v.                      )<br>)<br>HERMAN KEESE,et.al.        )<br>)<br>        Defendant.        )<br>_____) | CASE NO. 2:12-CR-080 GEB<br><br><br>STIPULATION AND<br>ORDER TO EXCLUDE TIME |

   The parties request that the status conference in this case be continued from August 31, 2012 to November 9, 2012 at 9:00 a.m.  They stipulate that the time between August 31, 2012 and November 9, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the all defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

   Approximately 83 CD's containing audio, video and paper documents were provided by the government to all defense counsel on July 6, 2012.  All defense counsel need additional time to

1

review the latest discovery provided, discuss that discovery with the defendants, and to continue their investigation into the matter.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: August 24, 2012       By:   /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

DATE: August 24, 2012              /s/ Victor Haltom
                                  VICTOR HALTOM
                                  Attorney for Defendant Herman Keese

                                   /s/ Peter Kmeto
                                  PETER KMETO
                                  Attorney for Defendant Deborah Barnes

                                   /s/ Chris Cosca
                                  CHRIS COSCA
                                  Attorney for Defendant Marcus Law

                                   /s/ Clemente Jimenez
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant James Bradley

**SO ORDERED.**

Dated: August 24, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

2