1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  JAMES BRADLEY

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            Case No.: 12-080 GEB
10
           Plaintiff,                    STIPULATION AND ORDER
11                                       VACATING DATE, CONTINUING
12      v.                               CASE, AND EXCLUDING TIME

13 JAMES BRADLEY, et al.,                DATE:   November 9, 2012
14                                       TIME:   9:00 a.m.
                                         JUDGE:  Hon. Garland E. Burrell
15         Defendants.

16

17         IT IS HEREBY STIPULATED by and between Assistant United States Attorney
18 Jill Thomas, Counsel for Plaintiff; Victor Haltom, Counsel for Defendant HERMAN
19 KEESE;  Michael Chastaine, Counsel for Defendant DEBORAH BARNES; Christopher
20 Cosca, Counsel for Defendant MARCUS LAW; and Clemente M. Jiménez, Counsel for
21 Defendant JAMES BRADLEY, that the status conference scheduled for November 9,
22 2012, at 9:15 a.m., be vacated and the matter continued to this Court's criminal calendar
23 on February 22, 2013, at 9:00 a.m. for further status conference.  Counsel require
24 additional time to confer with their respective clients.  Furthermore, Defendant Barnes
25 has recently been assigned new counsel, who will require time to familiarize himself with
26 the substantial discovery provided thus far.
27         IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18
28 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

1  (Local code T-4), and that the ends of justice served in granting the continuance and
2  allowing the defendants further time to prepare outweigh the best interests of the public
3  and the defendant to a speedy trial.
4
5  DATED:     November 7, 2012                    /S/     Jill Thomas_____
6                                                 JILL THOMAS
                                                   Attorney for Plaintiff
7
8                                                  /S/     Clemente M. Jiménez_____
9                                                  CLEMENTE M. JIMÉNEZ
                                                   Attorney for JAMES BRADLEY
10
11
12                                                 /S/     Victor Haltom_____
                                                   VICTOR HALTOM
13                                                 Attorney for HERMAN KEESE
14
15                                                 /S/     Michael Chastaine_____
                                                   MICHAEL CHASTAINE
16                                                 Attorney for DEBORAH BARNES
17
18                                                 /S/     Christopher Cosca_____
19                                                 CHRISTOPHER COSCA
                                                   Attorney for MARCUS LAW
20
21  //
22  //
23  //
24  //
25
26  //
27  //
28

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for November 9, 2012, at 9:00 a.m., be vacated and the matter continued to February 22, 2013, at 9:00 a.m., for further status conference.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

**Date:  11/7/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge