

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

UNITED STATES OF AMERICA
Plaintiff(s),

Case No. 12 Cr. 0080 (GEB)

v.

HERMAN KEESE

Defendant(s).

I, __CHRISTOPHER BOOTH__,

attorney for __HERMAN KEESE__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Lipman & Booth LLC |
| Address: | 11 Broadway |
| | Suite 1054 |
| City: | New York |
| State: | New York, ZIP Code: 10004 |
| Voice Phone: | (212) 363-6969 |
| FAX Phone: | (212) 363-6041 |
| Internet E-mail: | Cbooth@lipmanandbooth.com |
| Additional E-mail: | _____ |
| I reside in City: | Scarsdale, State: New York |

I was admitted to practice in the <u>United States District Court, for the Southern District of New York</u> , on <u>September 13, 1994</u>.  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

    I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

    I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Danny Brace |
| Firm Name: | Law office of Danny Brace Jr. |
| Address: | 901 H Street |
| | Suite 500 |
| City: | Sacramento |
| State: | California   ZIP Code: 95814 |
| Voice Phone: | (916)  552-6660 |
| FAX Phone: | (916)  447-0592 |
| E-mail: | dbrace@bracelaw.com |

Dated: <u>December 19, 2012</u>   Petitioner: CHRISTOPHER BOOTH

**ORDER**

IT IS SO ORDERED.

Date: <u>1/2/2013</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge