BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-080 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HERMAN KEESE, ET.AL, | DATE: January 30, 2014 |
| Defendants. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on January 30, 2014.

2. By this stipulation, the defendants now move to continue the status conference until March 20, 2014, at 9: 30 a.m., and to exclude time between January 30, 2014, and March 20, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous, consisting of hundreds of pages of discovery and several dozen hours of audio recordings. All discovery has been either produced directly to counsel and/or made available for inspection and copying. The government anticipates providing additional discovery to all defendants as it becomes available. The government anticipates providing additional discovery the week of January 27, 2014. Furthermore, negotiations related to resolution of the case short of trial have begun.

b) Counsel for defendants desire additional time to review the discovery provided, perform investigation and confer with their respective clients.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2014 to March 20, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 27, 2014               BENJAMIN B. WAGNER
                                       United States Attorney


                                       /s/ HEIKO P. COPPOLA
                                       HEIKO P. COPPOLA
                                       Assistant United States Attorney



Dated:  January 27, 2014               /s/ Christopher Booth
                                       CHRISTOPHER BOOTH
                                       Counsel for Defendant
                                       HERMAN KEESE

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

Dated: January 27, 2014            /s/ Michael Chastaine
                                         MICHAEL CHASTAINE
                                         Counsel for Defendant
                                         DEBORAH BARNES

Dated: January 27, 2014            /s/ Clemente M. Jimenez
                                         CLEMENTE M. JIMENEZ
                                         Counsel for Defendant
                                         JAMES BRADLEY

Dated: January 27, 2014            /s/ Christopher Cosca
                                         CHRISTOPHER COSCA
                                         Counsel for Defendant
                                         MARCUS LAW

Dated: January 27, 2014            /s/ David Fischer
                                         DAVID FISCHER
                                         Counsel for Defendant
                                         BRETT TOWNSEND

**FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED this 28th day of January, 2014.

_____
Troy L. Nunley
United States District Judge