```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0080-TLN |
|---|---|
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER REGARDING DISSEMINATION OF DISCOVERY MATERIALS |
| v. | |
| HERMAN KEESE, ET. AL, | |
| Defendants. | |

### STIPULATION OF THE PARTIES

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, that audio/video evidence provided in discovery showing an undercover agent (hereinafter "UC") and/or a confidential informant (hereinafter "CI") are subject to a protective order.

This investigation involved outlaw motorcycle gangs. Some of the defendants are on the audio/video evidence on a number of occasions with both the UC and the CI. The CI is involved in other investigations in California and throughout the United States. The UC continues to perform undercover work in this district and others neither the UC's nor the CI's safety or effectiveness would be possible if either could be easily identified through a permanent record such as the UC's or CI's likeness on the video evidence provided.

This protective order extends to any discovery provided by the United States from the date of this stipulation forward including those items related to conduct not charged in the indictment.

STIPULATION AND PROTECTIVE ORDER        1

1  By signing this stipulation and protective order, defense counsel agree not to share discovery
2 with any person other than primary counsel, assisting counsel, designated defense investigators and
3 support staff.  Defense counsel may allow their clients to view all discovery in the presence of their
4 respective attorneys, investigators and/or appropriate support staff.

5  The parties further agree that defense counsel, investigators and support staff shall not permit
6 any defendant to copy or provide any defendant with a copy of the discovery materials in this case
7 provided by the United States from the date of this stipulation forward.   In the event that any defendant
8 substitutes counsel, the undersigned attorneys agree to withhold discovery from new counsel until
9 substituted counsel agrees to be bound by this protective order.

10  This stipulation and protective order has been provided to defense counsel for their review.  The
11 undersigned assistant U.S. attorney has been authorized to sign this stipulation on behalf of defense
12 counsel.

13 Dated: March 11, 2014                                  BENJAMIN B. WAGNER
                                                         United States Attorney

15                                               By:   /s/ Heiko P. Coppola
                                                       HEIKO P. COPPOLA
                                                       Assistant United States Attorney

17                                                      /s/ CHRISTOPHER BOOTH
                                                       CHRISTOPER BOOTH
18                                                     Attorney for Defendant Herman Keese

19                                                      /s/  Michael Chastaine
                                                       MICHAEL CHASTAINE
20                                                     Attorney for Defendant Deborah Barnes

                                                        /s/ Christopher Cosca
22                                                     CHRISTOPHER COSCA
                                                       Attorney for Defendant Marcus Law

STIPULATION AND PROTECTIVE ORDER                         2

         /s/ Clemente Jimenez
         CLEMENTE JIMENEZ
         Attorney for Defendant James Bradley

         /s/ David Fischer
         DAVID FISCHER
         Attorney for Defendant Brett Townsend

### ORDER

For good cause shown, the above stipulation of the parties is adopted in its entirety as the Court's protective order.

Dated: March 14, 2014

         Troy L. Nunley
         United States District Judge