BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-080 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HERMAN KEESE, ET.AL, | DATE: March 20, 2014 |
| Defendants. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on March 20 2014.

2. By this stipulation, the defendants now move to continue the status conference until June 26, 2014, at 9:30 a.m., and to exclude time between March 20 2014, and June 26, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous, consisting of hundreds of pages of discovery and several dozen hours of audio recordings. Although, the government anticipated providing additional discovery the week of January 27, 2014, securing the necessary stipulation for the protective order for the additional discovery took longer than anticipated. The additional discovery was mailed to defense counsel on March 17, 2014 and consists of seven (7) CD's containing recorded telephone calls and written summaries of those calls. Negotiations

related to resolution of the case short of trial have begun and are on-going.

      b)    Counsel for defendants desire additional time to review the discovery provided, perform investigation and confer with their respective clients.

      c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20 2014 to June 26, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 18, 2014                                BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ HEIKO P. COPPOLA
                                                         HEIKO P. COPPOLA
                                                          Assistant United States Attorney

Dated:  March 18, 2014                    /s/ Christopher Booth
                                          CHRISTOPHER BOOTH
                                          Counsel for Defendant
                                          HERMAN KEESE

Dated:  January 27, 2014                  /s/ Michael Chastaine
                                          MICHAEL CHASTAINE
                                          Counsel for Defendant
                                          DEBORAH BARNES

Dated:  January 27, 2014                  /s/ Clemente M. Jimenez
                                          CLEMENTE M. JIMENEZ
                                          Counsel for Defendant
                                          JAMES BRADLEY

Dated:  January 27, 2014                  /s/ Christopher Cosca
                                          CHRISTOPHER COSCA
                                          Counsel for Defendant
                                          MARCUS LAW

Dated:  January 27, 2014                  /s/ David Fischer
                                          DAVID FISCHER
                                          Counsel for Defendant
                                          BRETT TOWNSEND

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of March, 2014.

_____
Troy L. Nunley
United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER                    3