BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-080 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HERMAN KEESE, ET.AL, | DATE: October 6, 2014
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 9, 2014.

2. By this stipulation, the defendants now move to continue the status conference until October 30, 2014, at 9:30 a.m., and to exclude time between October 9, 2014, and October 30, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous, consisting of hundreds of pages of discovery and several dozen hours of audio recordings. Additional discovery in the form of two DVD's of audio recordings are being provided to all defendants on October 7, 2014. Negotiations related to resolution of the case short of trial have begun and are on-going.

   b) Counsel for defendants desire additional time to review the discovery provided, perform investigation and confer with their respective clients.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 9, 2014 to October 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 6, 2014  
BENJAMIN B. WAGNER  
United States Attorney

/s/ HEIKO P. COPPOLA  
HEIKO P. COPPOLA  
Assistant United States Attorney

Dated:  October 6, 2014  
/s/ Christopher Booth  
CHRISTOPHER BOOTH  
Counsel for Defendant  
HERMAN KEESE

Dated:  October 6, 2014  
/s/ Michael Chastaine  
MICHAEL CHASTAINE  
Counsel for Defendant  
DEBORAH BARNES

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

Dated:  October 6, 2014         /s/ Clemente M. Jimenez
                                CLEMENTE M. JIMENEZ
                                Counsel for Defendant
                                JAMES BRADLEY

Dated:  October 6, 2014         /s/ Christopher Cosca
                                CHRISTOPHER COSCA
                                Counsel for Defendant
                                MARCUS LAW

Dated:  October 6, 2014         /s/ David Fischer
                                DAVID FISCHER
                                Counsel for Defendant
                                BRETT TOWNSEND

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of October, 2014

Troy L. Nunley
United States District Judge