BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-080 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HERMAN KEESE, ET.AL, | DATE: June 4, 2015 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.  By previous order, this matter was set for status on April 23, 2015.

2.  By this stipulation, the defendants now move to continue the status conference until June 4, 2015, at 9:30 a.m., and to exclude time between April 23, 2015, and June 4, 2015 2015, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The discovery associated with this case is voluminous, consisting of hundreds of pages of discovery and several dozen hours of audio recordings. Negotiations related to resolution of the case short of trial have begun and are on-going.

    b)  Counsel for defendants desire additional time to review the discovery provided, perform investigation and confer with their respective clients.

    c)  Counsel for defendants believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2015 to June 4, 2015 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 21, 2015                      BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ HEIKO P. COPPOLA
                                                 HEIKO P. COPPOLA
                                                 Assistant United States Attorney

Dated:  April 21, 2015                      /s/ Christopher Booth
                                                 CHRISTOPHER BOOTH
                                                 Counsel for Defendant
                                                 HERMAN KEESE

Dated:  April 21, 2015                      /s/ Michael Chastaine
                                                 MICHAEL CHASTAINE
                                                 Counsel for Defendant
                                                 DEBORAH BARNES

Dated: April 21, 2015                         /s/ Clemente M. Jimenez
                                              CLEMENTE M. JIMENEZ
                                              Counsel for Defendant
                                              JAMES BRADLEY

Dated: April 21, 2015                         /s/ Christopher Cosca
                                              CHRISTOPHER COSCA
                                              Counsel for Defendant
                                              MARCUS LAW

Dated: April 21, 2015                         /s/ David Fischer
                                              DAVID FISCHER
                                              Counsel for Defendant
                                              BRETT TOWNSEND

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 21st day of April, 2015.

_____
Troy L. Nunley
United States District Judge