BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-080 TLN |
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| HERMAN KEESE, ET.AL, | DATE: June 4, 2015
TIME: 9:30 a.m.
COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on June 4, 2015.

2.      By this stipulation, the defendants now move to continue the status conference until June 18, 2015, and to exclude time between June 4, 2015, and June 18, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The discovery associated with this case is voluminous, consisting of hundreds of pages of discovery and several dozen hours of audio recordings. Negotiations related to resolution of the case short of trial have begun and are on-going.

        b)      Counsel for defendants desire additional time to review the discovery provided, perform investigation and confer with their respective clients.

        c)      Counsel for defendants believe that failure to grant the above-requested

continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 4, 2015 to June 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and  B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 27, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ HEIKO P. COPPOLA<br>HEIKO P. COPPOLA<br>Assistant United States Attorney |
| Dated:  May 27, 2015 | /s/ Christopher Booth<br>CHRISTOPHER BOOTH<br>Counsel for Defendant<br>HERMAN KEESE |
| Dated:  May 27, 2015 | /s/ Michael Chastaine<br>MICHAEL CHASTAINE<br>Counsel for Defendant<br>DEBORAH BARNES |

///

///

AMENDED STIPULATION RE: SPEEDY TRIAL ACT;
FINDINGS AND ORDER

2

Dated: May 27, 2015        /s/ Clemente M. Jimenez
                           CLEMENTE M. JIMENEZ
                           Counsel for Defendant
                           JAMES BRADLEY


Dated: May 27, 2015        /s/ David Fischer
                           DAVID FISCHER
                           Counsel for Defendant
                           BRETT TOWNSEND


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of May, 2015.

_____
Troy L. Nunley
United States District Judge

AMENDED STIPULATION RE: SPEEDY TRIAL ACT;
FINDINGS AND ORDER

3