CHRISTOPHER BOOTH (PHV)
ATTORNEY AT LAW
11 Broadway, Suite 1054
New York, NY. 10004
Tel. (212) 363-6969
Fax (212) 363-6041
cbooth@lipmanandbooth.com

Attorney for Defendant
HERMAN KEESE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HERMAN KEESE<br>DEBORAH BARNES<br>JAMES BRADLEY<br>BRETT TOWNSEND<br><br>  Defendants. | No. 2:12-cr-00080-TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>DATE: September 17, 2015<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, Christopher Booth counsel for defendant HERMAN KEESE, Michael Chastaine, counsel for DEBORAH BARNES, Clemente Jimenez, counsel for defendant JAMES BRADLEY and David Fischer, counsel for defendant BRETT TOWNSEND, that the status conference scheduled for September 17, 2015 at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on October 1, 2015 at 9:30 a.m. for further status conference. Discovery in this case is voluminous, consisting of hundreds of pages of discovery

and several dozen hours of audio recordings. Counsels require additional time to review discovery and confer with their respective clients.

IT IS FURTHER STIPULTATED that the time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 316(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: July 15, 2015

/S/ Heiko Coppola
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

/s/ Christopher Booth
CHRISTOPHER BOOTH
Attorney for Defendant
HERMAN KEESE

/s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
DEBORAH BARNES

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
JAMES BRADLEY

/s/ David Fischer
DAVID FISCHER
Attorney for Defendant
BRETT TOWNSEND

**O R D E R**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for September 17, at 9:30 a.m., be vacated and the matter continued to October 1, 2015 at 9:30 a.m., for further status conference. The Court finds that the time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 15th day of July, 2015.

_____
Troy L. Nunley
United States District Judge