PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERMAN KEESE,<br><br>　　　　Defendant. | 2:12-CR-00080-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about September 16, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Herman Keese forfeiting to the United States the following property:

　　　　a.　2011 Harley Davidson Motorcycle, VIN: 1HD1KH418BB658493, South Carolina License: ZC37745;

　　　　b.　2007 Chevrolet Corvette, VIN: 1GYY36UX75113970, South Carolina License: FPD572;

　　　　c.　Approximately $2,401.02 in U.S. Currency seized from Bank of America Account Number 02527-74822, held in the name of Deborah A. Barnes and Divisidero 99 Cent Plus Store;

　　　　d.　Approximately $1,935.34 in U.S. Currency seized from Bank of America Account Number 02690-71631, held in the name of Divisidero 99 Cent Plus Store;

///

1

Final Order of Forfeiture

  e. Approximately $385.60 in U.S. Currency seized from Bank of America Account Number 02525-43591, held in the name of Herman Keese, Jr.;

  f. Approximately $284.57 in U.S. Currency seized from Bank of America Account Number 02520-40113, held in the name of Deborah A. Barnes and Divisidero 99 Cent Plus Store; and

  g. Approximately $14,213.76 in U.S. Currency seized from Bank of America Account Number 381018544882, held in the name of Herman Keese and Deborah Barnes.

 AND WHEREAS, beginning on October 12, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

 AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

 Accordingly, it is hereby ORDERED and ADJUDGED:

 1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed assets, pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Herman Keese.

 2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

 3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

 SO ORDERED this 5th day of April, 2017.

_____
Troy L. Nunley
United States District Judge