```
1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0080 TLN |
| Plaintiff, | STIPULATION STAYING GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR EARLY RELEASE |
| v. | |
| HERMAN KEESE, | COURT: Hon. Troy L. Nunley |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney HEIKO P. COPPOLA, and defendant HERMAN KEESE, both individually and by and through his counsel of record, DOUGLAS BEEVERS, hereby stipulate as follows:

1. On or about March 6, 2020, the defendant filed a *pro se* motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF 268. On March 12, 2020, this Court ordered the United States to respond to defendant's motion within 60 days. ECF 269. The current due date for the government's response is May 11, 2020. Defense counsel filed his notice of appearance on defendant's behalf on April 30, 2020. ECF 270.

2. Defense counsel has identified additional issues related to the defendant's motion for early release that he believes require further exploration and briefing. By this stipulation, the parties jointly move for a 60-day stay of the present litigation so that defense counsel can prepare and move for leave of the Court to file supplemental briefing, and, if granted, file supplemental briefing on the

defendant's behalf.  Once defendant's supplemental briefing is filed, the Court shall lift the stay and set a new response date for the government's opposition.

     3.     The United States expressly does not concede any procedural or substantive legal issues arising from this litigation by stipulating as set out above.

     IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 8, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ HEIKO P. COPPOLA<br>HEIKO P. COPPOLA<br>Assistant United States Attorney |
| Dated:  May 8, 2020 | /s/ DOUGLAS BEEVERS<br>DOUGLAS BEEVERS<br>Counsel for Defendant<br>HERMAN KEESE |

## ORDER

The stipulation of the parties is accepted.  This matter shall be stayed for 60 days from the date of this order.

Dated: May 8, 2020

Troy L. Nunley
United States District Judge