HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
HERMAN KEESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:12-cr-00080-TLN |
| Plaintiff, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE** |
| vs. | |
| HERMAN KEESE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for defendant HERMAN KEESE, that defense shall have until July 31, 2020 to file a supplemental motion for compassionate release, and the Government shall have until August 31, 2020 to file its opposition.

Dated: July 20, 2020                              Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Douglas Beevers*
                                                  DOUGLAS BEEVERS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  HERMAN KEESE

Stipulation and Order for Setting Briefing Schedule

Dated: July 20, 2020				McGregor W. Scott
						United States Attorney

						*/s/ Heiko Coppola*
						HEIKO COPPOLA
						Assistant United States Attorney
						Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Mr. HERMAN KEESE by and through his attorney Douglas Beevers, shall have until July 31, 2020 to file a supplemental motion for compassionate release, and the Government shall have until August 31, 2020 to file its opposition.

DATED: July 21, 2020

						_____
						Troy L. Nunley
						United States District Judge

Stipulation and Order for Setting Briefing Schedule